

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00616-CV

ANGELINA GAILEY, DAN PATRICK GAILEY, TRUSTEE, AND PATRICK LEE
GAILEY, TRUSTEE, Appellants

V.

ROSE THOMPSON, Appellee

Appeal from the Probate Court No. 4 of Harris County. (Tr. Ct. No. 318,024).

**TO THE PROBATE COURT NO. 4 OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 11th day of December, 2014, the cause upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> Appellants, Angelina Gailey, Dan Patrick Gailey, Trustee, and Patrick Lee Gailey, Trustee, neither established indigence nor paid, or made arrangements to pay, all the required fees. Further, appellants have not paid or made arrangements to pay the fee for preparing the clerk's record. After being notified that this appeal was subject to dismissal, appellants did not adequately respond. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be dismissed.

It is further **ORDERED** that appellants pay all costs incurred by reason of this appeal.   It is further **ORDERED** that this decision be certified below for observance.

Judgment rendered December 11, 2014.

Judgment rendered by panel consisting of Chief Justice Radack and Justices Bland and Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

February 20, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

